AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

Northern District of Alabama

FILED
2022 AUG -8 P 5: 07
U.S. DISTRICT COURT
N.D. OF ALABAMA

| United States of America | ) | |
| v. | ) | Case No. |
| | ) | 4:22-mj-1110-HNJ |
| | ) | |
| Joe Cephus Campbell, III | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ August 4, 2022 _____ in the county of _____ Marshall _____ in the
_____ Northern _____ District of _____ Alabama _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| 18 U.S.C. § 922(g)(1) | Felon in Possesion of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

PHILLIP SANGSTER   Digitally signed by PHILLIP SANGSTER
Date: 2022.08.08 16:48:58 -05'00'

*Complainant's signature*

Phillip Sangster, ATF Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 08/08/2022 _____

Herman N. Johnson Jr.   Digitally signed by Herman N. Johnson Jr.
Date: 2022.08.08 17:05:48 -05'00'

*Judge's signature*

City and state: _____ Huntsville, AL _____      Herman N. Johnson, Jr., U.S. Magistrate Judge

*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| IN THE MATTER OF THE CRIMINAL COMPLAINT AGAINST JOE CEPHUS CAMPBELL III | 4:22-mj-1110-HNJ<br><br>Filed Under Seal |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Phillip Sangster, being duly sworn, depose, and state that the following is true to the best of my knowledge and belief:

### Introduction and Agent Background

1.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), United States Department of Justice, and have been so employed in this capacity since March of 2020.  Prior to ATF, I graduated from the Cobb County Police Academy in 2012. While working with the Cobb County Police Department, I was a patrol officer for approximately eight years. In March of 2020, I accepted the position of Criminal Investigator with ATF. I am a graduate of the Federal Criminal Investigator Training Program and ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Brunswick, Georgia.

2.     I have successfully completed investigative training courses in the fields of narcotics investigations/firearms, investigations/fire, and explosive investigations in addition to conducting both state and federal felony level criminal investigations.  I have participated in many investigations involving the unlawful possession and distribution

of controlled substances and the unlawful possession and distribution of firearms, weapons, and destructive devices.

3.      This affidavit is made in support of an application under Rules 3 and 4 of the Federal Rules of Criminal Procedure for a warrant authorizing the arrest of Joe Cephus Campbell III ("CAMPBELL"). As a federal law enforcement officer, I am authorized to execute arrest warrants under Rule 4(c)(1) of the Federal Rules of Criminal Procedure.

4.      The facts contained in the application and this affidavit are based upon my investigation and personal knowledge, information provided to me by other law enforcement officials and witnesses, and information from record checks conducted by law enforcement officials, support employees, and myself. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that CAMPBELL has violated Title 18, United States Code, Section 922(g)(1) (Felon in Possession of a Firearm).

## Statutory Authority

5.      Title 18, United States Code, Section 922(g)(1) makes it a federal crime for any person, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to knowingly possess a firearm in or affecting commerce.

2

## Probable Cause

6.     On August 4, 2022, Investigators from the Marshall County Sheriff's Office obtained a warrant from a Marshall County district judge to search Joe's Pawn Shop at 11411 US-431, Albertville, Alabama 35950, for evidence, fruits, and instrumentalities of the crime of receiving stolen property as well as associated contraband. The warrant was executed that morning. Photographs of the exterior of the business are included as Figures 1 and 2.



*Figures 1 and 2: Photographs of Joe's Pawn Shop*

7.     Joe's Pawn Shop is a two-story structure. The first floor contains the shop's public storefront as well as several storage rooms. The second floor contains additional storage rooms. During the execution of the search warrant, approximately 260 firearms were discovered inside the business. Joe's Pawn Shop does not possess a federal firearms license, nor does Campbell.

8.     Most of the firearms were in a second-floor storage room. Investigators first encountered CAMPBELL during the search warrant inside this room.  During a

3

Mirandized interview, CAMPBELL said he works at Joe's Pawn Shop in a "shipping" role. CAMPBELL stated he works in the shipping area of Joe's Pawn Shop for approximately three hours every day. The shipping area is on the second floor.

9. CAMPBELL was encountered in the shipping area alone. Based on my investigation, this area was a place where firearm magazines were created or modified and then shipped. The room contained 3D printers as well as several boxes full of magazines. The room also contained packages with shipping labels. These labels had a number on them that corresponded to a box of magazines on the shelves. The numbers also corresponded to a drawer that contained a firearm associated with the respective magazine. Based on my investigation, I believe that working with the firearms is an essential part of creating the magazines that are then shipped.

10. According to the Alabama Secretary of State, CAMPBELL incorporated a business named "Joe's Pawn Shop, Inc." on March 3, 1998. CAMPBELL was the registered agent, and the office address was 11411 US-431, Albertville, Alabama 35950, Joe's Pawn Shop's current location. Joe's Pawn Shop, Inc. was dissolved on December 23, 2010, but investigators have seen that a business in the name of "Joe's Pawn Shop" has continued to operate at that location. During his interview, CAMPBELL expressed knowledge of the businesses' employees, payroll, revenue figures, and marketing efforts, indicating a supervisory position in the business.

11. CAMPBELL is prohibited from possessing firearms because he is a convicted felon. On October 18, 2007, CAMPBELL was convicted of conspiracy to

4

deal in firearms without a federal firearms license in the United States District Court for the Northern District of Alabama. *See United States of America v. Joe Cephus Campbell, III*, Case No. 4:06-cr-00411-SLB-HGD (November 5, 2007, ECF. 29).  CAMPBELL was sentenced to 24 months of imprisonment for this offense. *Id.*

12.    One of the firearms found in the shipping room, specifically in a box located on an Axiom 3D printer, where Campbell was encountered, was an FEG, Model SMC-380, .380 caliber pistol bearing serial number 9314313. This firearm was not manufactured in Alabama. Based on my training and experience and the training and experience of other ATF agents, I believe that the majority, if not all, of the firearms discovered during the search warrant were not manufactured in Alabama. Thus, if the firearms, including the FEG, Model SMC-380, .380 caliber pistol bearing serial number 9314313, were possessed in Alabama, they necessarily affected interstate commerce.

### Conclusion

13.    Based upon my experience, training, and the totality of the circumstances found in this affidavit, I have probable cause to believe that CAMPBELL has violated Title 18, United States Code, Section 922(g)(1) as charged in the accompanying criminal complaint.

14.    I further request that the Court order that all papers in support of this complaint, including the affidavit and the complaint, be sealed until CAMPBELL's arrest to ensure officer safety and his timely apprehension.

**PHILLIP SANGSTER**
Digitally signed by PHILLIP SANGSTER
Date: 2022.08.08 16:49:29 -05'00'

Phillip Sangster
Special Agent
Bureau of Alcohol, Tobacco, Firearms

Subscribed electronically and sworn to telephonically, before me, this 8th day of August 2022.

**Herman N. Johnson Jr.**
Digitally signed by Herman N. Johnson Jr.
Date: 2022.08.08 17:06:22 -05'00'

Herman N. Johnson Jr.
United States Magistrate Judge
Northern District of Alabama