PFE/JMH: SEP. 2022
GJ# 30

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JOE CEPHUS CAMPBELL, III** | ) |

## INDICTMENT

### COUNT ONE: [18 U.S.C. § 922(g)(1)]

The Grand Jury charges that:

On or about August 4, 2022, in Marshall County, within the Northern District of Alabama, the defendant,

### JOE CEPHUS CAMPBELL, III

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, a felony, knowingly possessed a firearm, that being a FEG, Model SMC-380, .380 caliber pistol; an ATI 1911 .45 caliber pistol; a Beretta 9000S .40 caliber pistol; a Walther .22 caliber pistol; an Intratec Tec-9 9mm pistol; and a Keltec KSG 12-gauge shotgun; and the firearms were in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). On or about November 5, 2007, CAMPBELL was convicted of conspiracy to deal in firearms without a federal firearms license in the United States District

Court for the Northern District of Alabama, Case Number 4:06-cr-00411-SLB-HGD.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

                                                        PRIM F. ESCALONA
                                                        United States Attorney

                                                        */s/ Electronic Signature*
                                                        JOHN M. HUNDSCHEID
                                                        Assistant United States Attorney